

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00326-CV

Texas Department of Public Safety
v.
Manuel Alfaro

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. C-0867-18-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion denying Alfaro's petition for expunction regarding his arrest on December 20, 2009. Costs of the appeal are adjudged against appellee, Manuel Alfaro.

We further order this decision certified below for observance.

August 8, 2019